# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

EMANUELE CASSANI,  : No. 594 MAL 2023
  :
Respondent  :
  :
  : Petition for Allowance of Appeal
  : from the Order of the Superior Court
v.  :
  :
  :
OLGA SOFIA KAMIAK,  :
  :
Petitioner  :

## ORDER

**PER CURIAM**

    **AND NOW**, this 29th day of December, 2023, the Petition for Allowance of Appeal is **DENIED**.